IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SHERMAN CREEK CONDOMINIUMS, INC., | |
| Plaintiff, | |
| v. | Case No. 23-CV-375 |
| MID-CENTURY INSURANCE COMPANY, | Hon. Brett H. Ludwig |
| Defendant. | |
| _____ | |
| MID-CENTURY INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| MGW LAW, LLP; RYAN R. GRAFF; CRIVELLO CARLSON, S.C., | |
| Third-Party Defendants. | |

## NOTICE OF FILING

**PLEASE TAKE NOTICE** that on June 21, 2024, the undersigned caused to be filed, Defendant Mid-Century Insurance Company's submission under seal of privileged documents for *in camera* review.

Dated: June 21, 2024                    Respectfully submitted,

                                        GORDON REES SCULLY MANSUKHANI

                                        s/ Scott L. Schmookler
                                        Scott L. Schmookler
                                        One North Franklin, Suite 800
                                        Chicago, IL 60606
                                        Telephone: 312-796-2967
                                        Fax: 312-565-6511
                                        sschmookler@grsm.com
                                        *Counsel for Defendant*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 21, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

    /s/ *Scott L. Schmookler*
    Scott L. Schmookler