IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| SHERMAN CREEK CONDOMINIUMS, INC., | |
| Plaintiff, | |
| v. | Case No. 23-CV-375 |
| MID-CENTURY INSURANCE COMPANY, | Hon. Brett H. Ludwig |
| Defendant. | |
| _____ | |
| MID-CENTURY INSURANCE COMPANY, | |
| Third-Party Plaintiff, | |
| v. | |
| MGW LAW, LLP; RYAN R. GRAFF; CRIVELLO CARLSON, S.C., | |
| Third-Party Defendants. | |

## NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that Gordon Rees Scully Mansukhani, LLP, representing Defendant Mid-Century Insurance Company, desires to notify the Court and all counsel of record that, effective August 15, 2024, its Chicago office will be located at:

**Gordon Rees Scully Mansukhani, LLP
One North Wacker Drive
Suite 1600
Chicago, Illinois 60606**

The Court and parties are hereby instructed to make note of this address change and send notices, orders, pleadings, and other correspondence regarding this matter to the new address.

| | |
|---|---|
| Dated: August 15, 2024 | Respectfully submitted,<br><br>GORDON REES SCULLY MANSUKHANI<br><br>s/ Scott L. Schmookler<br>Scott L. Schmookler<br>One North Wacker Drive, Suite 1600<br>Chicago, IL 60606<br>Telephone: 312-796-2967<br>Fax: 312-565-6511<br>sschmookler@grsm.com<br>*Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 15, 2024, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court by using the CM/ECF system, which will automatically send e-mail notification of such filing to all attorneys of record.

/s/ *Scott L. Schmookler*
Scott L. Schmookler