UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| SHERMAN CREEK CONDOMINIUMS, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No.: 2023-cv-375<br>) |
| MID-CENTURY INSURANCE COMPANY, | ) Hon. Brett H. Ludwig<br>) |
| Defendant. | )<br>) |
| MID-CENTURY INSURANCE COMPANY, | )<br>) |
| Third-Party Plaintiff, | )<br>) |
| v. | )<br>) |
| MGW LAW, LLP; RYAN R. GRAFF; CRIVELLO CARLSON, S.C., | )<br>)<br>) |
| Third-Party Defendants. | ) |

**AGREED MOTION TO CONTINUE THE MARCH 4, 2025 TELEPHONIC STATUS CONFERENCE**

1. On February 19, 2025, this Court scheduled a telephonic status conference for March 4, 2025 at 10:30AM. (Dkt. #88)

2. The parties have settled the lawsuit entirely. The full release and settlement agreement has been signed by all parties.

3. Mid-Century Insurance Company and Crivello, Nichols & Hall, S.C. (formerly known as Crivello Carlson, S.C.) have tendered settlement payments to Sherman Creek Condominiums, Inc. (hereinafter, "Sherman Creek").

4. The insurers for MGW Law, LLP and Ryan R. Graff (hereinafter collectively, "MGW") have tendered the settlement payment to undersigned counsel. The funds will be released to MGW on March 3, 2025, which will then be promptly paid to Sherman Creek.

5. In light of the foregoing, MGW hereby requests that the telephonic status conference for March 4, 2025, be continued by 14 days to allow time for all settlement payments to be exchanged.

6. Once the remaining settlement funds are paid, the parties will file a dismissal of the lawsuit.

7. No party will be prejudiced by this continuance and this motion is made in good faith and not for the purposes of undue delay.

WHEREFORE, Third-Party Defendants, MGW Law, LLP and Ryan R. Graff, respectfully request this Court enter an Order continuing the March 4, 2025 telephonic status conference by 14 days, and for any other relief this Court deems just and necessary.

Dated: February 25, 2025

Respectfully submitted,

FREEMAN MATHIS & GARY LLP

By: /s/ Jonathan L. Schwartz
Attorney for Third-Party Defendants MGW Law, LLP and Ryan R. Graff

Jonathan L. Schwartz (1099546)
Freeman Mathis & Gary, LLP
33 North Dearborn Street, Suite 1430
Chicago, IL 60602
Tel: (773) 389-6440
Jonathan.Schwartz@fmglaw.com